IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00062 (WLS-TQL-2) |
| | : |
| TAMESHA ROBINSON, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Before the Court is an "Unopposed Motion to Continue in the Interest of Justice" filed by Defendant Robinson on February 6, 2023. (Doc. 45). Therein, Defendant requests a continuance to the next trial term and a continuance of the pretrial conference that is currently set for February 14, 2023. (*Id.*) Defense Counsel explains that she needs additional time to adequately review discovery, investigate the matters discussed in the discovery, and discuss those findings with Defendant. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Motion to Continue (Doc. 45) is **GRANTED.** As such, it is **ORDERED** that the February 14, 2023, pretrial conference for this case is **CANCELED**. The Court further **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the **Valdosta Division May 2023 trial term** beginning on May 8, 2023, and its conclusion, or as may otherwise be ordered by the Court.

1

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __7th__ day of February 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**