GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**TAMESHA ROBINSON** | Crim. No.   7:22-CR-00062-002 (WLS) |

On August 17, 2023, Tamesha Robinson was sentenced to 264 days imprisonment for the offense of Misleading Conduct in violation of 18 U.S.C. § 1512(b)(3). The Court ordered Robinson to serve three years on supervised release upon the completion of her term of imprisonment. On September 19, 2023, the term of supervision commenced.

Tamesha Robinson has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Tamesha Robinson be discharged from supervision.

Respectfully submitted,

*Megan A. Howdeshell*

Megan A. Howdeshell
U.S. Probation Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   16 th   day of   July   , 2026.

W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE